

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Johnny Eugene Ray, Jr., Appellant

No. 06-18-00068-CR     v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 27569). Memorandum Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Burgess participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by deleting the assessment of attorney fees and changing the amount assessed for court costs to $359.00. As modified, we affirm the trial court's judgment.

We note that the appellant, Johnny Eugene Ray, Jr., has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 27, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk